**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 288 EAL 2023
:
            Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
    v. :
:
:
MELVIN DAVIS, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.

    Justice McCaffery did not participate in the consideration or decision of this matter.